NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MARIO VILLENA, JOSE VILLENA,**
*Appellants*

---

2016-1062

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 10/536,692.

---

**JUDGMENT**

---

BURMAN YORK MATHIS, III, Northern Virginia Intellectual Property Services, Vienna, VA, argued for appellants.

NATHAN K. KELLEY, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by ROBERT J. MCMANUS, BENJAMIN T. HICKMAN, WILLIAM LAMARCA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 13, 2016        /s/ Peter R. Marksteiner
        Date             Peter R. Marksteiner
                         Clerk of Court